**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

JOSE PAVON,

       Plaintiff,

   v.

SLIDER MAN, LLC, a Florida Limited
Liability Company,

       Defendant.

Case No. 2:17-cv-294-FtM-99MRM

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.01(a) and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11 Cir. 1982), the parties notify the Court that Plaintiff's FLSA claim has been settled in full, without compromise, separately from attorney's fees and costs. Contemporaneously with the filing of this Notice of Settlement, the parties have filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**July 5, 2017**

/s/  Jason L. Gunter
*Attorney for Plaintiff*

**GUNTERFIRM**
Jason L. Gunter, Esq.
Florida Bar No.: 0134694
jason@gunterfirm.com
Conor P. Foley, Esq.
Florida Bar No.: 111977
conor@Gunterfirm.com
1514 Broadway, Ste. 101
Ft. Myers, FL 33901
Telephone: (239) 334-7017
Facsimile: (239) 236-8008

/s/ Geralyn F. Noonan
*Attorney for Defendant*

**LAW OFFICE OF GERALYN FARRELL
NOONAN, P.A,**
Geralyn Noonan, Esq.
justice@noonanlaw.com
8250 College Pkwy. Suite 202-B
Fort Myers, FL 33919
Telephone:  (239) 694-7070
Facsimile:  (239) 481-0993

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 5, 2017**, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be served upon the following in the manner indicated:

**By the Court's ECF System:**

>Geralyn F Noonan Esq.
>**LAW OFFICE OF GERALYN FARRELL NOONAN, P. A.**
>8250 College Pkwy. Ste. 202-B
>Fort Myers, FL 33919
>(239) 694-7070 (Tel.)
>(239) 481-0993 (Fax)
>justice@Noonanlaw.com

Dated: **July 5, 2017**          */s/ Jason L. Gunter*
                                 Jason L. Gunter
                                 **GUNTERFIRM**
                                 1514 Broadway, Suite 101
                                 Ft. Myers, Florida 33901
                                 Telephone: (239) 334-7017
                                 Facsimile: (239) 236-8008
                                 Jason@gunterfirm.com

                                 *Attorney for Plaintiff*